UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| GAMES PEOPLE PLAY, INC., | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. |
| v. | § § | 1:14-CV-00321-MAC |
| NIKE USA, INC., | § § § | |
| Defendant. | § | |

## NIKE'S NOTICE OF EXPERT DISCLOSURES

In accordance with Local Rule CV-26(c), Defendant Nike USA, Inc., gives notice that it has served its expert disclosures under Fed. R. Civ. P. 26(a) on Plaintiff Games People Play, Inc., through Plaintiff's attorneys of record, Chris Portner, Portner Bond, PLLC, 1905 Calder Avenue, Beaumont, Texas 77701, and David E. Bernsen and Christine L. Stetson, The Bernsen Law Firm, 420 N. MLK Jr. Pkwy, Beaumont, Texas 77701.

Respectfully submitted,

*/s/ Alan Dabdoub*
Alan Dabdoub (SBN 24056836)
adabdoub@lynnllp.com
David S. Coale (SBN 00787255)
dcoale@lynnllp.com
**LYNN PINKER COX & HURST, LLP**
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
(214) 981-3800 – Telephone
(214) 981-3839 – Facsimile

And

        Martin F. Gaynor III (*pro hac vice*)
        mgaynor@mgmlaw.com
        Nicholas D. Stellakis (*pro hac vice*)
        nstellakis@mgmlaw.com
        **MANION GAYNOR & MANNING LLP**
        125 High Street
        Boston, MA 02210
        (617) 670-8800 – Telephone
        (617) 670-8801 – Facsimile

        ***ATTORNEYS FOR DEFENDANT***
        ***NIKE USA, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that the above document, was filed through the ECF system for electronic service to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent by First-Class mail to those indicated as non-registered participants (if any) on September 22, 2016.

        */s/ Alan Dabdoub*
        Alan Dabdoub

4838-0015-2891, v. 1