| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

GAMES PEOPLE PLAY, INC.,        §
                                §
       Plaintiff,              §
                                §
*versus*                        §  CIVIL ACTION NO. 1:14-CV-321
                                §
NIKE, INC.,                     §
                                §
       Defendant.             §

## ORDER

Defendant Nike, Inc.'s ("Nike") Unopposed Motion to Enforce Settlement Agreement by Entry of Judgment (#108) is GRANTED. Accordingly, it is ORDERED that a judgment be entered against Plaintiff Games People Play, Inc., in favor of Nike, in the amount of $168,841.04, with post-judgment interest as allowed by law.

SIGNED at Beaumont, Texas, this 22nd day of October, 2018.

                                           */s/ Marcia A. Crone*
                                          MARCIA A. CRONE
                                       UNITED STATES DISTRICT JUDGE